## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

Stephanie Hill,

|                   |                              |
|-------------------|------------------------------|
| Plaintiff,        | Case No. 21-11409            |
| v.                | Judith E. Levy               |
|                   | United States District Judge |
| Wayne State University, |                        |
|                   | Mag. Judge Kimberly G. Altman |
| Defendant.        |                              |

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION [13]

Before the Court is Magistrate Judge Kimberly G. Altman's Report and Recommendation recommending the Court grant Plaintiff's motion to remand (ECF No. 7) and remand the matter to Wayne County Circuit Court for further proceedings. (ECF No. 13.) The parties were required to file specific written objections, if any, within 14 days of service. Fed. R. Civ. P. 72(b)(2); E.D. Mich. L.R. 72.1(d). No objections were filed. The Court has nevertheless carefully reviewed the Report and Recommendation and concurs in the reasoning and result. Accordingly,

The Report and Recommendation (ECF No. 13) is ADOPTED;

Plaintiff's motion to remand (ECF No. 7) is GRANTED; and

This case is hereby REMANDED to the Wayne County Circuit Court for further proceedings.[1]

IT IS SO ORDERED.

Dated: December 27, 2021          s/Judith E. Levy
Ann Arbor, Michigan               JUDITH E. LEVY
                                  United States District Judge


## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on December 27, 2021.

                                  s/William Barkholz
                                  WILLIAM BARKHOLZ
                                  Case Manager

---

[1] By failing to object to the Report and Recommendation, the parties have forfeited any further right of appeal. *United States v. Wandahsega*, 924 F.3d 868, 878 (6th Cir. 2019); *see also Berkshire v. Beauvais*, 928 F.3d 520, 530 (6th Cir. 2019).